## UNITED STATES *versus* HENRY HUDSON

JOURNAL ENTRIES (1815): *Journal 2:* (1) Declaration filed, rule to plead *p. 443; (2) plea of nil debet *p. 457; (3) transferred to court sitting as Circuit and District Court of U. S. *p. 476.

PAPERS IN FILE: (1) Precipe for process; (2) declaration, plea of nil debet; (3) venire facias, list of jurors; (4–5) subpoenas; (6) testimony of Benjamin Chittenden and Richard Smyth; (7) verdict; (8) precipe for fi. fa.

*Office Docket*, MS p. 28, c. 65; p. 41, c. 54.